UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK PATRICK LANGE,

    Plaintiff,

v.                                       Case No.:  2:22-cv-323-JLB-KCD

LEE COUNTY SHERIFF,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

    Plaintiff Mark Lange filed a complaint on May 19, 2022.  (*See* Doc. 1.) He also sought leave to leave to proceed *in forma pauperis*.  (Doc. 2.)  The Court denied Plaintiff's motion (Doc. 7) and ordered him to pay the filing fee by July 21, 2022. No filing fee has been paid, and Plaintiff has otherwise not responded.

    "Whenever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. R. 3.10(a). It appears here that Plaintiff is not diligently prosecuting this action and, thus, he must show cause why he failed to comply with the Court's July 7, 2022, Order (Doc. 5) and why this action should not be dismissed for

want of prosecution. Plaintiff may discharge this Order to Show Cause by paying the filing fee and proceeding with service of process.

Accordingly, the Court **ORDERS**:

1. **No later than August 12, 2022**, Plaintiff must show cause why he failed to comply with the Court's July 7, 2022 Order (Doc. 5) and why this action should not be dismissed for want of prosecution.

2. To otherwise discharge this Order to Show Cause, Plaintiff may pay the filing fee and proceed with service of process before the deadline specified above.

3. **If Plaintiff fails to comply with this Order, the undersigned will recommend to the presiding United States District Judge that this action be dismissed.**

**ORDERED** in Fort Myers, Florida on July 29, 2022.

Kyle C. Dudek
United States Magistrate Judge

2